

United States District Court
Eastern District of California

| Ismael Mundo-Lazaro | Case Number: | 1:26-cv-04483-DJC-JDP (HC) |

Plaintiff(s)

V.

Mullin et al

APPLICATION FOR PRO HAC
VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

John Michael Bray _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Petitioner, Ismael Mundo-Lazaro

On _____05/24/2012_____ (date), I was admitted to practice and presently in good standing in the

_____State of Texas_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____06/10/2026_____          Signature of Applicant: /s/ __John M. Bray_____

**Pro Hac Vice Attorney**

Applicant's Name: John Michael Bray

Law Firm Name: The Law Office of John M. Bray

Address: 911 N. Bishop Ave.

City: Dallas    State: TX    Zip: 75208

Phone Number w/Area Code: (855) 566-2729

City and State of Residence: Dallas, Texas

Primary E-mail Address: john@jmblawfirm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Inna Parizher

Law Firm Name: Law Office of Inna Parizher

Address: P.O. Box 10340

City: Glendale    State: CA    Zip:

Phone Number w/Area Code: (310) 630-9499    Bar #

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    June 22, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE